IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv159

GENERAL CASUALTY COMPANY OF WISCONSIN, )
SOUTHERN PILOT INSURANCE COMPANY, )
)
      Plaintiffs, )
)
vs. )
)
IMAGE BUILDERS, INC., d/b/a Hanson Builders, )
RICHARD HANSON, CARL SCHNEIDER, and )
CHERYL SCHNEIDER, )
)
      Defendants. )
_____)

# DECLARATORY JUDGMENT

**IT IS HEREBY ORDERED, DECLARED AND DECREED** that Judgment is hereby entered in favor of General Casualty Company of Wisconsin and Southern Pilot Insurance Company and against Image Builders, Inc., d/b/a Hanson Builders, Richard Hanson, Carl Schneider and Cheryl Schneider as follows:

1.    General Casualty Company of Wisconsin and Southern Pilot Insurance Company are not obligated under the terms of the insurance policies at issue in this action to provide coverage to any named Defendant herein

for the damages, interest, costs, or fees awarded by the arbitrator in the underlying action arising in the state court action captioned <u>Carl Schneider and wife, Cheryl Schneider v. Rick Hanson individually and Image Builders, d/b/a Hanson Builders</u>, Haywood County Case No. 05 CvS 00186.

2. General Casualty Company of Wisconsin and Southern Pilot Insurance Company are not obligated to pay any sums on behalf of Image Builders, Inc., d/b/a Hanson Builders for the damages, interest, costs or fees awarded by the arbitrator in the underlying action arising in the state court action captioned <u>Carl Schneider and wife, Cheryl Schneider v. Rick Hanson individually and Image Builders, d/b/a Hanson Builders</u>, Haywood County Case No. 05 CvS 00186.

3. The counterclaim of Carl and Cheryl Schneider in this action is hereby **DISMISSED** with prejudice.

4. The parties shall bear their own costs and attorneys' fees.

Signed: October 29, 2010

Martin Reidinger
United States District Judge